**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorney for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Michael J. Hurvitz (SBN 249050)
mike.hurvitz@nelsonmullins.com
Ian G. Schuler (SBN 275052)
ian.schuler@nelsonmullins.com
750 B. Street, Suite 2200
San Diego, CA 92101
Telephone: 619.489.6110
Facsimile:  619.821.2834

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOI BUTTS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>CIBO VITA, INC.,<br><br>                    Defendant. | Case No.: 2:22-cv-00644-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE**<br><br>**DISTRICT JUDGE:** Hon. Troy L. Nunley<br>**MAG. JUDGE:** Hon. Kendall J. Newman |

## STIPULATION

WHEREAS, Plaintiff Joi Butts filed her Complaint in the above-captioned action on April 11, 2022;

WHEREAS, Defendants accepted service of the Complaint on April 18, 2022, and their deadline to respond to the Complaint was May 9, 2022;

WHEREAS, counsel for Plaintiff and Defendant met and conferred and agreed that the interests of justice would be served by granting Defendant a brief extension of time to June 2, 2022, to respond to Plaintiff's Complaint;

WHEREAS, counsel for Defendant filed a Motion to Dismiss Plaintiff's Complaint on June 2, 2022;

WHEREAS, Plaintiff's current deadline to respond to Defendant's Motion to Dismiss is June 16, 2022;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agree that the interests of justice would be served by granting Plaintiff a brief extension of time to July 7, 2022, to respond to Defendant's Motion to Dismiss;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agree that Defendant's deadline to file a Reply in Support of its Motion to Dismiss shall be July 21, 2022.

WHEREAS, Defendant's Motion to Dismiss shall heard on August 11, 2022 at 2:00 p.m.

WHEREAS, this extension will not have any effect on any deadline set by the Court in this action;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel, pursuant to Civil Local Rules 6-1(a) and 6-2, that Plaintiff's time to respond to Defendant's Motion to Dismiss in the above-captioned action shall be extended until **July 7, 2022.**

Defendant's Reply in Support of its Motion to Dismiss shall be July 21, 2022.  The hearing on Defendant's Motion to Dismiss shall be August 11, 2022 at 2:00 p.m..

Dated:  June 14, 2022                      Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorney for Plaintiff*

Dated:  June 14, 2022                      **NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Ian G. Schuler (as authorized on 6/14/2022)

Michael J. Hurvitz (SBN 249050)
mike.hurvitz@nelsonmullins.com
Ian G. Schuler (SBN 275052)
ian.schuler@nelsonmullins.com
750 B. Street, Suite 2200
San Diego, CA 92101
Telephone: 619.489.6110
Facsimile:  619.821.2834

*Attorneys for Defendant*

## ORDER

Having reviewed the parties' stipulation and good cause appearing, IT IS ORDERED:

Plaintiff's time to respond to Defendant's Motion to Dismiss in the above-captioned action shall be extended until **July 7, 2022**. Defendant's Reply in Support of its Motion to Dismiss shall be **July 21, 2022**. The hearing on Defendant's Motion to Dismiss shall be **August 11, 2022 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: June 14, 2022

_____
Troy L. Nunley
United States District Judge