

# United States District Court
# Eastern District of California

**JOI BUTTS, individually and on behalf of other**
Plaintiff(s)

Case Number: 2:22-cv-00644-TLN-KJN

V.

**CIBO VITA, INC.**
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William T. Hogan III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Cibo Vita, Inc.

On 12/17/1981 (date), I was admitted to practice and presently in good standing in the Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: June 16, 2022                    Signature of Applicant: /s/ William T. Hogan III

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William T. Hogan III |
| Law Firm Name: | Nelson Mullins Riley & Scarborough, LLP |
| Address: | One Financial Center, Suite 3500 |
| City: | Boston    State: MA    Zip: 02111 |
| Phone Number w/Area Code: | (617) 217-4700 |
| City and State of Residence: | Naples, FL |
| Primary E-mail Address: | william.hogan@nelsonmullins.com |
| Secondary E-mail Address: | william.hogan@nelsonmullins.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael J. Hurvitz |
| Law Firm Name: | Nelson Mullins Riley & Scarborough LLP |
| Address: | 750 B Street, Suite 2200 |
| City: | San Diego    State: CA    Zip: 92101-8161 |
| Phone Number w/Area Code: | (619) 489-6165    Bar #: 249050 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 5, 2022

_____
JUDGE, U.S. DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on June 16, 2022, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

BURSOR & FISHER, P.A.                          **ATTORNEYS FOR PLAINTIFF**
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Tel.: 925-300-4455
Fax: 925-407-2700
Email: ltfisher@bursor.com; ecf-notices@bursor.com

                                          */s/ Ian G. Schuler*
                                                Ian G. Schuler

**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

June 3, 2022

Attorney William T. Hogan III
William T. Hogan III
Nelson Mullins 1 Financial Ctr, Ste 3500
Boston , MA  02111
bill.hogan@nelsonmullins.com

**IN RE:** **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **William T. Hogan III .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  06/03/2022 and Data File_06.02.2022
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 17, 1981**, said Court being the highest Court of Record in said Commonwealth:

## William T. Hogan III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **June** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.