## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOI BUTTS,**

CASE NO: **2:22–CV–00644–DAD–KJN**

v.

**CIBO VITA, INC.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/2023**

 

**Keith Holland**
Clerk of Court

ENTERED: **March 21, 2023**

by: /s/ L. Reader
Deputy Clerk